### HILLIARD *v.* THORNTON *et al.*

LEWIS, J. No error of law appears to have been committed on the trial in the court below ; the evidence was amply sufficient to sustain the verdict, and the court did not err in refusing to grant a new trial.

*Judgment affirmed.* ° *All the Justices concurring.*

Submitted November 21, — Decided December 12, 1901.

Complaint. Before Judge Hart. Greene superior court. July 8, 1901.

*James Davison,* for plaintiff in error. *James B. Park,* contra.